UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JON REED,

       Plaintiff,

                                    Case No. 07-15275
v.                                  Hon. Gerald E. Rosen
                                    Magistrate Judge Steven D. Pepe

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

**ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    March 30, 2009

        PRESENT:  Honorable Gerald E. Rosen
                              Chief Judge, United States District Court

On September 19, 2008, Magistrate Judge Steven D. Pepe issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Jon Reed's motion for summary judgment. Plaintiff has not filed any objections to the R & R. Upon reviewing the R & R, the parties' underlying motions, and the record as a whole, the Court concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's September 19, 2008 Report and Recommendation is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment (docket #9) is GRANTED, and Plaintiff's motion for summary judgment (docket #8) is DENIED.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  March 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2009, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager